IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-16-74-D |
| | ) | |
| BARUNDI NACHELLE LOLLES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant Barundi Nachelle Lolles' Unopposed Motion to Correct Error in the Record [Doc. No. 29], filed pursuant to Fed. R. Crim. P. 36. Defendant, through counsel, requests a non-substantive amendment to the final presentence report to include information necessary to correct an error arising from oversight or omission. *See United States v. Swearingen*, 506 Fed. App'x 804, 808 (10th Cir. 2013). Upon consideration, the Court finds that the Unopposed Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Presentence Investigation Report, last revised August 17, 2016, is corrected to include the following information in Paragraph 74:

> Ms. Lolles subsequently advised that she abused alcohol and the prescription drug Xanax from 2012 until June 2016 to deal with the stress of the prosecution in the instant offense. Also, Ms. Lolles' supervised release in case number CR-12-278-D was extended by order dated November 6, 2014, because she "fail[ed] to abstain from the use of alcohol." *See United States v. Lolles*, Case No. CR-12-278-D, Order on Revocation of Supervised Release [Doc. No. 129] (W.D. Okla. Nov. 6, 2014).

The Court continues to recommend that Defendant participate, if eligible, in the Residential Drug Abuse Program while incarcerated.

IT IS SO ORDERED this 13th day of July, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE